# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAKE CHARLES DIVISION

**COREY LAPOINT #587572/002396038**      **CASE NO.  2:20-CV-00269 SEC P**

**VERSUS**                                **JUDGE JAMES D. CAIN, JR.**

**WARDEN COX, ET AL.**                    **MAGISTRATE JUDGE KAY**


## JUDGMENT

For the reasons stated in the Report and Recommendation [doc. 4] of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and noting the lack of objections;

**IT IS ORDERED, ADJUDGED,** and **DECREED** that all claims against the Jefferson Davis Parish Prison be **DISMISSED WITH PREJUDICE** as frivolous and failing to state a claim on which relief can be granted under 28 U.S.C. § 1915(e)(2)(B). The claims against Warden Cox remain pending.

**THUS DONE AND SIGNED** in Chambers on this 5th day of May, 2020.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**